FILED
CLERK, U.S. DISTRICT COURT

MAY 2 5 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-mj-2580 |
| Plaintiff, | ) ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) ) | (Fed.R.Crim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) |
| Michael Stephen Moyniton | ) ) | Allegations of Violations of Probation/Supervised Release |
| Defendant. | ) ) | Conditions) |

On arrest warrant issued by the United States District Court for

the _____ EDCA _____ involving alleged violations of

conditions of probation/supervised release:

    1.    The court finds that no condition or combination of

        conditions will reasonably assure:

        A.    ( ) the appearance of defendant as required; and/or

        B.    ( ✓ ) the safety of any person or the community.

///

///

///

///

///

2. The Court concludes:

A. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_Criminal history; instant allegations_

_____

_____

_____

_____

B. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: _5/25/2021_

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2